IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **78-cv-1065-JLK**

**TERRANCE MARIONEAUX, et al., ( re: Matthew Tazio Redmon)**

   Plaintiffs,

v.

**COLORADO STATE PENITENTIARY,**

   Defendants.

# ORDER

Kane, J.

   The matter is before the Court on the Matthew Tazio Redmon's Motion for Ruling on Movant's Prior Motions(doc. #102), filed December 21, 2009. The Motion is **DENIED AS MOOT**. Rulings on the movant's prior motions were issued in an order dated December 18, 2009.

   Dated this 22nd day of December, 2009.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT