IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 78-cv-01065-JLK

TERRANCE MARIONEAUX, et al ( re: MATTHEW TAZIO REDMON),

        Plaintiffs,

v.

COLORADO STATE PENITENTIARY,

        Defendants.

_____

ORDER TO CURE DEFICIENCY

_____

Kane, Senior Judge

        Interested Party, Matthew Redmon, submitted a Notice of Appeal on January 14, 2010.  The

court has determined that the document is deficient as described in this order.  Interested Party will

be directed to cure the following if he wishes to pursue this appeal.

**(A)    Filing Fee**
         X     is not submitted

**(B)    Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
         and Fed. R. App. P. 24**:
         X     is not submitted
         __    is missing affidavit
         __    is missing certified copy of prisoner's trust fund statement for the 6-month period
               immediately preceding this filing
         __    is missing required financial information
         __    is missing an original signature by the prisoner
         __    is not on proper form (must use the court's current form)
         __    other_____

Accordingly, it is

        ORDERED that Interested Party cure the deficiencies designated above within 30 days

1

from the date of this order.  Any papers that Interested Party filed in response to this order must

include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Interested Party, together with

a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for

Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Interested Party fails to cure the designated deficiencies

within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 15<u>th</u> day of January, 2010.

BY THE COURT:


*s/John L. Kane*
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO

2